**Order entered May 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00355-CR

### EX PARTE JEFFREY FUJISAKA

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80264-2015**

## ORDER

Appellant is charged by indictment with sexual performance by a child. This appeal is from the trial court's order denying appellant pretrial habeas corpus relief on his challenge to the constitutionality of the statute under which the prosecution is being brought. We note that appellant uses the full name of the child complainant in his brief. Accordingly, we **STRIKE** appellant's brief and order it redrawn to use only the child's initials. We **ORDER** appellant to file his amended brief within **TEN DAYS** of the date of this order.

The State's brief remains due on the date set out in the Court's order of March 19, 2015.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to F. Clinton Broden and the Collin County District Attorney's Office.

/s/    ROBERT M. FILLMORE
           PRESIDING JUSTICE